

**Mark E. Bini**
Direct Phone: +1 212 549 0296
Email: mbini@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 11, 2024

**Via ECF**

The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Tilson*, 23-CR-640 (S.D.N.Y.)

Dear Judge Briccetti:

    We represent Mr. Eliezer Tilson in the above-referenced matter. Mr. Tilson is currently scheduled to be sentenced by this Court on April 3, 2024. On behalf of Mr. Tilson, and with the consent of the Government, we respectfully request a brief adjournment of Mr. Tilson's sentencing hearing for approximately 45 days (to on or after May 20, 2024) to give Mr. Tilson additional time to prepare his sentencing submission, and to obtain certain additional letters in support.

    We thank the Court for its attention to this matter.

Very truly yours,

*/s/ Mark E. Bini*
Mark E. Bini, Esq.
Kaela Dahan, Esq.

*Counsel for Defendant Eliezer Tilson*

cc:    All counsel of record (by ECF)
       U.S. Probation Officer Sara K. Willette (via e-mail)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON