UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

___USA___,
　　　　　　　Plaintiff(s),

v.

___Tilson___,
　　　　　　　Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/9/24__

**CALENDAR NOTICE**

__23 CR 640__ (VB)

(PLEASE TAKE NOTICE) that the above-captioned case has been ~~scheduled/~~ (re-scheduled for:)

___ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

_✓_ Sentencing

on __6-17-__, 20__24__, at __9:30 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _____.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __5-9-__, 20__24__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge