UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

_____*USA*_____,
                    Plaintiff(s),

v.

_____*Tilson*_____,
                    Defendant(s).
-----------------------------------------------------------x

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____                │
│ DATE FILED: _5-15-24_            │
└─────────────────────────────────┘
```

**CALENDAR NOTICE**

_23_ CR _640_ (VB)

        **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ (re-scheduled for:)

___ Status conference                    ___ Final pretrial conference

___ Telephone conference                 ___ Jury selection and trial

___ Pre-motion conference                ___ Bench trial

___ Settlement conference                ___ Suppression hearing

___ Oral argument                        ___ Plea hearing

___ Bench ruling on motion               ✓ Sentencing

on __7-11-__, 20_24_, at __2:30 pm__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __6-17-24__

        **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __5-15-__, 20_24_
        White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge