# EXHIBIT B















































# REDACTED





























