# EXHIBIT C

Don Zwickler
23 Lyncrest Drive
Monsey, NY 10952
01/12/2024

The Honorable Vincent L. Briccetti
United States District Court for the Southern District of New York
White Plains Supreme Court
111 Dr. Martin Luther King Jr. Blvd.

White Plains, NY 10601

Re: Character Reference for Eli Tilson

Your Honor,

I am writing this letter in support of Eli Tilson, who is awaiting sentencing in your court. My name is Dr. Don Zwickler, and I am an uncle to Eli, and have known him for his entire life.

My nephew Eli has always been a remarkable young man. He has the sweet, kind and compassionate nature of his mother and the strength of character of his father. Eli is the oldest of 3 brothers and I have watched him grow up to be a great role model for them in every way. He always tries to do what is right and is easily recognized by his charm and winning smile.

In all the years that I have known my nephew I have never seen him raise his voice or exhibit a temper. He married and raised a family and is the light of the life of his wife and 3 children.

Eli has always maintained a wonderful circle of fine friends, and is known to commit himself to participating in his community in a positive way. Besides his dedication and commitment to the Israeli Army when he was recruited, he volunteered as a police officer in his own personal town of residence Over the years after graduating college and pursuing a livelihood he committed himself to be an excellent provider and honest businessman. When he became entangled in the problems that led him to this juncture, I quickly sensed in him profound embarrassment and great feelings of remorse for what had ensued. His goal subsequently was to make things right and not let anybody suffer losses. Unfortunately we are often not in control of events that happen around us.

It would be a great loss to his town, where he has served as a police officer and friend and ombudsman for his community, and a devastation to his young family if he were to be detained or incarcerated for any length of time. They would all quickly notice a serious void. I personally would fully trust putting my life in his hands, and I know that going forward he will never let down his guard when it comes to pursuing honesty, integrity and devotion to others. The unfortunate set of events that led to this point will surely be avoided at all costs in the future.

In conclusion, I respectfully request that you consider these aspects of Eli's character and life when making your sentencing decision. Eli is more than just the sum of his mistakes; he is a dedicated father, husband and community member who has shown a commitment to rectifying his wrongs and living with integrity. I am proud to be his uncle and I am convinced that he will be a great contributor to society in the future.

Thank you for your time and consideration.

Sincerely,

Dr. Don Zwickler

845 216 0367

[