# EXHIBIT E

Yair Baruch Tilson

Beni Berman 7, Netanya, Israel
1/23/2024

The Honorable Judge Vincent L Briccetti
United States District Court for the Southern District of New York
White Plains Supreme Court
111 Dr Martin Luther King Jr Blvd, White Plains, NY 10601

Re: Character Reference for Eli Tilson

Your Honor,

I am writing this letter in support of Eli Tilson, who is awaiting sentencing in your court. My name is Yair Tilson, and I am Eli Tilson brother and I have known him for all my life.

Eli has always been one of the most impressive guys I know and a role model for me growing up. I have always admired his immense skill set and winning mentality and showed me by example from a young age how to deal with adversity and how there is no substitution for hard work and a big heart.

Eli, since we were kids was always a leader in the classroom and amongst his peers. Eli's natural born ability when it came to sports and academia also propelled him into a constant leadership role that I have always admired.

Eli has always embodied a sense of confidence but humbleness about him, with a natural inclination to always look to help people, something I think that was passed down from our parents and grandparents that really influenced Eli.

Eli is incredibly thoughtful and loving to his family including his parents, siblings, and is tremendously loved and admired by his wife and kids.

Over the years whether academic, sports, work, and social Eli has always excelled. Since Eli's legal issues has began its has created a tremendous anguish on our entire family. My brother although clearly made mistakes, is a special guy with a huge heart and to see him and his family go through this hardship breaks my heart. I know Eli intent has always been pure and good and even as his reputation and actions are currently being scrutinized and questioned I have zero doubt that overtime if given the opportunity Eli will make things right as he always has.

The prospect of Eli needing to serve time pains me and my family beyond words. My wife, kids, brother and parents are all extremely close with Eli, who as always served as the "rock" of the family, and his absence would be immensely felt and will create a huge emotional strain on the family that could take years to repair.

Eli has communicated a real sense of remorse and pain from his recent decision making. Regardless, of the current situation I have deep respect and love for my older brother and will always defend his honor

and character.

In conclusion, I respectfully request that you consider these aspects of Eli's character and life when making your sentencing decision. Eli is more than just the sum of his mistakes; he is a dedicated Brother, father/husband and valued community member, who has shown a commitment to rectifying his wrongs and living with integrity.

Thank you for your time and consideration.

Sincerely,

Yair Tilson
Yair.tilson@gmail.com