# EXHIBIT F

Debra E Barber
6046 Lakeshore Dr S
Seattle, WA 98118
February 6, 2024

United States District Court for the Southern District of New York

RE: Character Reference for Eli Tilson

Your Honor,

I am writing this letter in support of Eli Tilson, who is awaiting sentencing in your court.  My name is Debbie Barber and I am Eli's mother-in-law.  He has been married to my daughter for almost 11 years.

I have probably known Eli for about 12 years.  During that time I have watched Eli grow and mature into a confident and caring person who is devoted to his family.   He has worked very hard and  in time he succeeded in starting his own business. For many years his business grew and did well. I believe that due to stress and pressure brought on by his business's success he may, and I reiterate, may have made a few wrong decisions in the process. These decisions that were made under undue pressure and stress, I believe were made with only good intentions even if they were the wrong things to do at the time.

Eli is remorseful of any wrongdoing he may have taken part in. He regrets any harm that he has caused and he is working hard to be a better person.  He is actively seeking employment in other fields  - not real estate investing.  He has become a very active member in the community that he now lives in.  He volunteers at the Synagogue and the children's school.
He is the first one to lend a hand whenever anyone in the neighborhood needs help.  He takes part in a few different Jewish learning groups with a variety of people from the neighborhood.  He has become both a student and a teacher to them.  He is extremely devoted to his wife and four children, ranging in age from 9 yrs old to 6 weeks old.  He is very helpful to me around the house. Since my husband recently passed away this has been very comforting and reassuring.

I believe that sending Eli to prison at this time would not be in his or his family's or the community or my best interest.  And would serve no purpose.  Eli is very remorseful.  He is relied on by not only his young family but the community here in Seattle that have grown to know and appreciate him.  His small children are at very impressionable ages and this is the time that they need their father to guide them through life and teach them things.  Taking him away at this time would not only cause  a significant loss to the children's mental health but could in fact create behavior problems that will have to deal with the rest of their lives.

In conclusion, I respectfully request that you consider all of these aspects of Eli's character and his devotion to his family and helpfulness to everyone in the community - both physical and spiritual and the impact that taking a father away from his young children would have on them. Please, when you make your sentencing decision keep all of these facts and the fact that Eli is very remorseful for everything that brought him here in the first place.  Eli is more than the sum of his mistakes: he is a dedicated father and husband and community member,  he has shown a commitment to rectifying his wrong doings and to living a life with integrity.   Eli deserves a second chance.

Thank you for your time in hearing me out and for your consideration on this matter.


Sincerely,


Debra E Barber
debbiebarber6@gmail.com