# EXHIBIT G

Chavi Tilson

The Honorable Judge Vincent L Briccetti
United States District Court for the Southern District of New York
White Plains Supreme Court
111 Dr Martin Luther King Jr Blvd, White Plains, NY 10601

Re: Character Reference for Eli Tilson

Your Honor,

There is no one in the world that knows Eli Tilson longer or better than I do, being that I'm his mom. I am writing this character reference in order that you should understand the outstanding character of my son!! He is a responsible, caring thoughtful and inclusive person. He is a considerate human being who always wants to help and be a problem solver. From a very young age he would spot someone in trouble and be the first to come to their aid, be a friend and help out! He never looked for trouble but if he saw a problem he felt he should be part of the solution! Im a type one diabetic. There were times that Eli had to look out for me, if I had a diabetic shock or a diabetic related event. He was always helpful and diligent ! One time he even actually put aside his owns fears, as I burnt my feet and came running to help me! He actually saved my life! As he grew into a teen, young adult and until today, a man, his kindness, caring and compassion continued to be his modus operandi. He sees a person in need emotionally, physically or spiritually, family or friend he is ready to lend his time and efforts. I am always proud of him as people constantly approach me and say "Do you know what kind of special son you have? . Do you know how he has helped me or supported me? I'm am continuously awed and delighted by these comments. As Eli Tilson is my pride and joy! Of course he is human and like all mortals he can make mistakes. But his reaction is always humble and seeking to do better. He is part of a rare breed who constantly wants to improve and learn more. His desire is to be the best version of himself! As of late, he has been challenged and facing difficult times and accusations but that doesn't stop him from being an outstanding father, son, brother and friend. Still thinking of others, how he can make everyone else feel the comfortable and happy! I hope that the court understands that Eli Tilson deserves the utmost consideration and understanding as he has shown his remorse and displayed only respect and humility to all concerned! He is a productive, conscientious, contributing citizen and a valuable asset to society!

Thank you,
Chavi Tilson