# EXHIBIT H

Shachar Efal,

5, Oranim st

Ramat Gan, Israel

23/01/2024


The Honorable Judge
United States District Court for the Southern District of New York


Character Reference for Eli Tilson

Your Honor,

I am writing this letter in support of Eli Tilson, who is awaiting sentencing in your court. My name is Shachar Efal, and I did some business with Eli and have known him for few years.

Eli is polite, gentleman and always willing to assist friends and any other person who need. I spoke many hours with Eli and I know he is an honest guy and really want to overcome the bad period he had, correct all needs to be corrected and make things right.


In conclusion, I respectfully request that you consider these aspects of Eli's character and life when making your sentencing decision. Eli is more than just the sum of his mistakes; he is a dedicated father/husband and a community member who has shown a commitment to rectifying his wrongs and living with integrity.

Thank you for your time and consideration.

Sincerely,

Shachar Efal

Shachar.efal@gmail.com

+972-544-861505