# EXHIBIT I

The Honorable Judge Vincent L Briccetti
United States District Court for the Southern District of New York
White Plains Supreme Court
111 Dr Martin Luther King Jr Blvd, White Plains, NY 10601

Re: Character Reference for Eli Tilson

Your Honor,

I am writing this letter in support of Eli Tilson, who is awaiting sentencing in your court. My name is Dr. Danny Spodek, and I have had the privilege for the past 12 years to call Eli Tilson a true friend.

I met Eli originally through hockey, a passion that we both share, but our friendship has expanded way beyond the rink. For many years I have played a role in managing ice hockey leagues, games and tournaments in Israel. At one point Eli reached out to me to join our group of players and thus began a true friendship. Over the years we have become very close.

Eli has always been the first to volunteer to help out. Whether it be for the league or pick up games or later on when his kids joined our program, to coach (for free). He has helped out financially (without players knowledge) to pay for those that couldn't afford to participate.

Our families have gotten to know each other over the years and we have become close as a family group as well. We have shared in family celebrations and losses. My kids adore his kids even though there is a large age gap.

Eli is a devoted father and husband. I have seen first hand how wonderfully he treats his family as well as mine and others. He is always very respectful, and has a huge smile and a helping hand to offer.

I can truly say that Eli is an individual that I admire and respect both as an athlete and as a human being. Although we are 20 years apart, I have learned so many valuable lessons from Eli over the years and truly see a young man that reminds me of myself at his age. A man with a huge heart and soul that only wants the best for his family and all of those around him.

I know this has been a hard time for Eli and his family. He means a lot to his teammates and the leagues and he is truly missed. We miss him as a coach too as he really was helpful and connected with the kids. Not to mention we miss his kids a lot.

Eli has been very straightforward with me and others that he messed up and not only that he is remorseful but has made real changes to make sure any issues he had or caused are in the past.

In conclusion, I respectfully request that you consider these aspects of Eli's character and life when making your sentencing decision. It wouldn't just hurt him and his family but a community of people that he supports and is a part of. I have witnessed the best parts of Eli and I believe and know that he will learn from this and be an extremely valuable and successful person for his family and community.

Thank you for your time and consideration.

Sincerely,

Dr. Daniel Spodek