

**Mark E. Bini**
Direct Phone: +1 212 549 0296
Email: mbini@reedsmith.com

**Kaela Dahan**
Direct Phone: +1 212 549 4254
Email: kdahan@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

July 24, 2024

**Via ECF**

The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *United States v. Tilson*, 23-CR-640 (S.D.N.Y.)

Dear Judge Briccetti:

      We write on behalf of the defendant Eliezer Tilson in the above-referenced matter to respectfully request that Rabbi Yossi Bryski of The Aleph Institute ("Aleph") be permitted to briefly address the Court at Eli's upcoming sentencing, scheduled for August 1, 2024. Aleph is a Los-Angeles based non-profit organization whose purpose is to "provide support and rehabilitation to individuals enmeshed in the criminal justice and penal systems." They have submitted a letter in support of a non-custodial sentence for Eli that they think will "be rehabilitative to Eli and beneficial to the community at large" because, among other things, Eli would continue to participate in Aleph's rehabilitative programs. ECF 31, Ex. A. In addition to hearing from undersigned counsel and Eli, we would ask for the Court to hear briefly from Rabbi Bryski directly about Eli's community service with Aleph, and have the opportunity to answer any questions the Court may have regarding the community service that Eli would continue to perform with Aleph and counseling he would continue to receive if the Court granted our request for a downward variance here to home confinement.

      Because Rabbi Bryski lives in Los Angeles, we wanted to seek the Court's permission with sufficient time before the sentencing for Rabbi Bryski to arrange travel to New York. We have conferred with counsel for the Government, who objects to Rabbi Bryski addressing the Court at sentencing.

      We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Mark E. Bini*
Mark E. Bini
Kaela Dahan

cc:    All counsel of record (by ECF)

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON