Eliezer Tilson                                    4                         7404984 - GS
Docket Number: 7:23CR640-01 (VB)



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

*JUDICIAL RESPONSE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/25

**THE COURT ORDERS:**

☐   The Modification of the Conditions of Supervised Release, to include;

*The defendant shall submit his or her property, house, residence, storage unit, vehicle, papers, computers (as identified in 18 U.S.C. 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to the condition.*

☒   Modification of Conditions Denied

☐   Other:

_____
Hon. Vincent L. Briccetti
U.S. District Judge

2/27/25
_____
Date

PROB 12B
(4/15)