| PROB 22 (Rev. 11/23) | | DOCKET NUMBER *(Tran. Court)* 23 CR 00640-1 (VLB) |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 2:26-cr-00098-TL |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/26

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Eliezer Tilson Seattle, WA | DISTRICT SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE Senior U.S. District Judge Vincent L. Briccetti |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/04/2025 | TO 08/03/2028 |
|---|---|---|---|

**OFFENSE**

Interstate and Foreign Travel in Aid of Racketeering, in violation of 18 U.S.C. § 1952, Class D Felony.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Residence and Prosocial Ties in the Western District of Washington.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 7/13/26 | |
|---|---|
| *Date* | *United States District Judge* |

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Eliezer Tilson supervision from the Southern District of New York to the Western District of Washington, the sealed records of the Court in the above-styled matter relating to Eliezer Tilson are unsealed for the limited purpose of transferring those records to the United States District Court for the Western District of Washington and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

| May 20, 2026 | |
|---|---|
| *Effective Date* | *United States District Judge* |