UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ELIEZER TILSON,
Defendant.

**ORDER**

23 CR 640 (VB)

By "notice of crime victims' motion under 18 U.S.C. § 3771(d)(3)," dated October 16, 2026, the two named victims in this case seek an order, among other things, directing the United States to enforce the order of restitution in the Judgment entered on August 2, 2024. (Doc. #52).

By no later than November 4, 2026, the government shall file a response to the motion.

By no later than November 4, 2026, defendant Tilson, either through counsel or pro se, shall file a response to the motion.

Dated: October 20, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge